Sanchez & Haya Real Estate Company, a Corporation, Appellant, v. George P. Bradford, Appellee.

(Supreme Court of Florida, En Banc, June 26, 1906.)

Appeal from Circuit Court, Hillsborough County; Joseph B. Wall, Judge.

No appearance for appellant.

C. W. Stevens, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant and the defendant appeals. Dismissed on motion of counsel for the appellee.